KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant,
SOUTHWEST RECOVERY SERVICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| FREDERICK SUTTON <br><br>     Plaintiff (s) <br><br> v. <br><br> SOUTHWEST RECOVERY SERVICES <br><br>     Defendant (s). | Case No.  5:17-CV-00121-JGB-KS <br><br> **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

  NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's claims pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(i).  Each party shall bear their own costs and attorneys fees.  A proposed order has been concurrently submitted to this court.

  Respectfully submitted this 15th day of March, 2018.

Dated: March 10, 2018

By: _____
FREDERICK SUTTON
Plaintiff, PRO SE LITIGANT

COLEMAN & HOROWITT, LLP

Dated: March 7, 2018

By: _____
KEITH M. WHITE,
Attorneys for Defendant
SOUTHWEST RECOVERY
SERVICES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

## PROOF OF SERVICE

I declare that I am a resident of the County of Fresno.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 499 West Shaw Avenue, Suite 116, Fresno, CA 93704.

On March 15, 2018, I served the foregoing document(s) described as follows:

- **JOINT STIPULATION TO DISMISS WITH PREJUDICE**

on the following interested parties, addressed as follows:

Frederick Sutton
Reg #45882-112
VineWood Residential Center
5520 Harold Way
Los Angeles, CA 90028

[ X ] BY MAIL - by placing [ ] a true and correct copy [ ] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail.  I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  It is deposited with United States Postal Service on that same day in the ordinary course of business.

[] BY E-MAIL - by causing a true copy thereof to be electronically transmitted to the parties on this date before 5:00 p.m. PST, by using their e-mail addresses indicated above.

[X] FEDERAL: I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 15, 2018, at Fresno, California.

/s/ Kim M. Paganetti
KIM M. PAGANETTI