KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

JS-6

Attorneys for Defendant,
SOUTHWEST RECOVERY SERVICES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| FREDERICK SUTTON<br><br>         Plaintiff (s)<br><br>v.<br><br>SOUTHWEST RECOVERY SERVICES<br><br>         Defendant (s). | Case No. 5:17-CV-00121-JGB-KS<br><br>**ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Joint Stipulation of the parties, this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear their own costs and attorneys' fees.

Dated: March 16, 2018

                                         UNITED STATES DISTRICT JUDGE.